

| | | |
|---|---|---|
| People v Oliveri | 2d Dept: 151 AD3d 754 (Queens) | denied 7/31/17 (DiFiore, Ch. J.) |
| People v Parker | 4th Dept: 149 AD3d 1567 (Monroe) | denied 7/5/17 (Stein, J.) |
| People v Piersig | 1st Dept: 150 AD3d 504 (NY) | denied 7/24/17 (DiFiore, Ch. J.) |
| People v Plass | 3d Dept: 150 AD3d 1558 (Albany) | denied 7/24/17 (DiFiore, Ch. J.) |
| People v Porter | County Ct, 5/9/17 (Monroe) | denied 7/19/17 (DiFiore, Ch. J.) |
| People v Quattlebaum | App Div, 2d Dept: 2017 NY Slip Op 61390(U) (Kings) | denied reconsideration 7/28/17 (Stein, J.) |
| People v Ramos | App Div, 3d Dept: 2017 NY Slip Op 73671(U) (Montgomery) | dismissed 7/24/17 (DiFiore, Ch. J.) |
| People v Raymond | 2d Dept: 150 AD3d 766 (Nassau) | denied 7/26/17 (Fahey, J.) |
| People v Reid | App Div, 1st Dept: 2017 NY Slip Op 72242(U) (NY) | denied 7/28/17 (Wilson, J.) |
| People v Resto | 4th Dept: 147 AD3d 1331 (Onondaga) | denied reconsideration 7/10/17 (DiFiore, Ch. J.) |
| People v Rivers | 1st Dept: 149 AD3d 575 (Bronx) | denied 7/25/17 (Rivera, J.) |
| People v Roberson | 4th Dept: 149 AD3d 1596 (Erie) | denied 7/5/17 (Stein, J.) |
| People v Rodriguez (Josean) | 4th Dept: 149 AD3d 1590 (Niagara) | denied 7/5/17 (Stein, J.) |
| People v Rodriguez (Ronny) | 2d Dept: 150 AD3d 1154 (Queens) | denied 7/28/17 (Wilson, J.) |
| People v Roman | 1st Dept: 147 AD3d 657 (NY) | denied 7/10/17 (DiFiore, Ch. J.) |
| People v Rosa | 1st Dept: 150 AD3d 442 (NY) | denied 7/10/17 (Stein, J.) |
| People v Rosario | 2d Dept: 149 AD3d 982 (Kings) | denied 7/24/17 (DiFiore, Ch. J.) |
| People v Ruiz | 1st Dept: 150 AD3d 440 (NY) | denied 7/24/17 (DiFiore, Ch. J.) |
| People v Rush | App Div, 2d Dept: 2017 NY Slip Op 72222(U) (Kings) | dismissed 7/31/17 (Stein, J.) |
| People v Russell | 2d Dept: 149 AD3d 783 (Queens) | denied 7/26/17 (Fahey, J.) |
| People v Santiago | 1st Dept: 150 AD3d 435 (NY) | denied 7/26/17 (Fahey, J.) |
| People v Santos | 1st Dept: 149 AD3d 650 (NY) | denied 7/10/17 (DiFiore, Ch. J.) |
| People v Simmons | 4th Dept: 148 AD3d 1660 (Monroe) | denied 7/24/17 (Rivera, J.) |
| People v Singletary | 1st Dept: 150 AD3d 420 (Bronx) | denied 7/31/17 (DiFiore, Ch. J.) |